## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wayne Thomas Eddy Sr.,<br>    Aka Wayne Eddy,<br>   aka Wayne T. Eddy,<br>   aka Wayne Thomas Eddy<br>        &&<br>Patricia Ann Eddy,<br>   aka Patricia A. Eddy,<br>   aka Patricia Eddy<br>                  Debtor(s) | BK NO. 17-01461 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F and index same on the master mailing list.

                                                Respectfully submitted,

                                            **/s/ James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            412-430-3594