```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                       Case No. 17-01461-RNO
Wayne Thomas Eddy, Sr.                                       Chapter 13
Patricia Ann Eddy
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Apr 15, 2019
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4956526       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 15 2019 19:50:58
               WORLD'S FOREMOST BANK-CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F
           bkgroup@kmllawgroup.com
          Jason Paul Provinzano    on behalf of Debtor 1 Wayne Thomas Eddy, Sr. MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          Jason Paul Provinzano    on behalf of Debtor 2 Patricia Ann Eddy MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-01461-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Wayne Thomas Eddy, Sr.
1094 Lightstreet Rd
Bloomsburg PA 17815-7748

Patricia Ann Eddy
1094 Lightstreet Rd
Bloomsburg PA 17815-7748

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/12/2019.

Name and Address of Alleged Transferor(s):

Claim No. 27: WORLD'S FOREMOST BANK-CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609

Name and Address of Transferee:

Capital One Bank (USA) N.A Cabelas Club Visa
By American Infosource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
Capital One Bank (USA) N.A Cabelas Club
By American Infosource as agent

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/17/19

Terrence S. Miller
**CLERK OF THE COURT**