Certificate Number: 17572-PAM-DE-036577482

Bankruptcy Case Number: 17-01461


17572-PAM-DE-036577482

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 27, 2022, at 11:59 o'clock AM PDT, Patricia A Eddy completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 27, 2022

By: /s/Maria Heredia

Name: Maria Heredia

Title: Counselor