United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Wayne Thomas Eddy, Sr.

Patricia Ann Eddy

    Debtors

Case No. 17-01461-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5                      User: AutoDocke                   Page 1 of 4

Date Rcvd: Jul 20, 2022                Form ID: fnldecnd                   Total Noticed: 49

The following symbols are used throughout this certificate:

**Symbol**            **Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Wayne Thomas Eddy, Sr., Patricia Ann Eddy, 1094 Lightstreet Rd, Bloomsburg, PA 17815-7748 |
| 4907611 | Eddy Patricia Ann, 1094 Lightstreet Rd, Bloomsburg, PA 17815-7748 |
| 4907610 | Eddy Wayne Thomas Sr, 1094 Lightstreet Rd, Bloomsburg, PA 17815-7748 |
| 4907623 | Homeprjvisa, PO Box 10311, Des Moines, IA 50306-0311 |
| 4907612 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 4943481 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4914802 | Email/Text: ally@ebn.phinsolutions.com | Jul 20 2022 18:39:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 4907613 | Email/Text: ally@ebn.phinsolutions.com | Jul 20 2022 18:39:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 5185641 | + Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 18:47:04 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118, Capital One Bank (USA) N.A Cabelas Club, By American Infosource as agent 73118-7901 |
| 5185640 | + Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 18:47:11 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 4952847 | + Email/Text: bankruptcy@cavps.com | Jul 20 2022 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4907615 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 18:47:11 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4907616 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 18:47:19 | Citi-Shell, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4907617 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 18:47:19 | Citibank N.A., PO Box 6241, Sioux Falls, SD 57117-6241 |
| 4907618 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2022 18:39:00 | Comenity Bank/Bon Ton, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 4907619 | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 18:47:04 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 4953208 | Email/Text: G06041@att.com | Jul 20 2022 18:39:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 4907614 | Email/Text: BNSFN@capitalsvcs.com | Jul 20 2022 18:39:00 | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 4911911 | Email/Text: collecadminbankruptcy@fnni.com | Jul 20 2022 18:39:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |

District/off: 0314-5

Date Rcvd: Jul 20, 2022

User: AutoDocke

Form ID: fnldecnd

Page 2 of 4

Total Noticed: 49

| 4907622 | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | Jul 20 2022 18:39:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 4907621 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Jul 20 2022 18:47:18 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 4934258 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 20 2022 18:47:05 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4939423 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 20 2022 18:47:05 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4954649 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 20 2022 18:47:04 | LVNV Funding, LLC its successors and assigns as, assignee of Sears National Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4934257 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 20 2022 18:47:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4948856 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jul 20 2022 18:39:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. as agent, for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4907624 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jul 20 2022 18:47:04 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 4907625 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jul 20 2022 18:39:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 4950708 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 20 2022 18:47:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4907901 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Jul 20 2022 18:47:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4952809 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Jul 20 2022 18:39:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4947434 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 20 2022 18:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4907626 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jul 20 2022 18:47:11 | Sears/Cbna, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 4907627 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Jul 20 2022 18:39:00 | Select Portfolio Svcin, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 4907628 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 20 2022 18:57:32 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 4907630 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 20 2022 18:47:11 | Syncb/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 4907629 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 20 2022 18:47:05 | Syncb/oldnavydc, PO Box 965005, Orlando, FL 32896-5005 |
| 4907631 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 20 2022 18:57:43 | Syncb/tjx Cos, PO Box 965015, Orlando, FL 32896-5015 |
| 4907632 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 20 2022 19:07:54 | Synchrony Bank, PO Box 965015, Orlando, FL 32896-5015 |
| 4917553 | + Email/Text: bncmail@w-legal.com | | |
| | | Jul 20 2022 18:39:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4907633 | Email/Text: bncmail@w-legal.com | | |
| | | Jul 20 2022 18:39:00 | Td Bank USA/Targetcred, PO Box 673, |

| Recip ID | Notice | Date/Time | Name and Address |
|---|---|---|---|
| | | | Minneapolis, MN 55440-0673 |
| 4907634 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 18:47:05 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4956606 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 20 2022 18:39:00 | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 4907635 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2022 18:47:05 | Trac/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4948581 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 20 2022 18:39:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 4907620 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 20 2022 18:39:00 | Elan Financial Service, PO Box 790084, Saint Louis, MO 63179-0084 |
| 4907636 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 20 2022 18:39:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 4956526 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 18:47:03 | WORLD'S FOREMOST BANK-CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |
| 4943481 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 20 2022 18:47:05 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 4907637 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 18:47:03 | Worlds Foremost Bank, 4800 NW 1st St, Lincoln, NE 68521-4463 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

James Warmbrodt

on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as trustee for the holders of the EQCC Asset Backed Certificates, Series 2001-1F bkgroup@kmllawgroup.com

Jason Paul Provinzano

on behalf of Debtor 1 Wayne Thomas Eddy  Sr. MyLawyer@JPPLaw.com, G17727@notify.cincompass.com

Jason Paul Provinzano

on behalf of Debtor 2 Patricia Ann Eddy MyLawyer@JPPLaw.com  G17727@notify.cincompass.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Wayne Thomas Eddy Sr.,<br>aka Wayne Eddy, aka Wayne T. Eddy, aka Wayne<br>Thomas Eddy, | Chapter      13 |
| **Debtor 1** | Case No.      5:17−bk−01461−MJC |
| Patricia Ann Eddy,<br>aka Patricia A. Eddy, aka Patricia Eddy, | |
| **Debtor 2** | |

Social Security No.:

                  xxx−xx−8422           xxx−xx−5601

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos (Trustee)

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Wayne Thomas Eddy Sr.** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 20, 2022

**fnldec** (01/22)